■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LLOYD, Appellant. [700 NYS2d 716] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered June 19, 1997, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions, he was not deprived of the effective assistance of counsel (*see, People v Benevento,* 91 NY2d 708; *People v Baldi,* 54 NY2d 137).

The defendant's remaining contentions are without merit. Ritter, J. P., Sullivan, Goldstein and H. Miller, JJ., concur.